DAYTON BAR ASSOCIATION *v.* JESSUP.

[Cite as *Dayton Bar Assn. v. Jessup* (1993), 66 Ohio St.3d 5.]

(No. 92–2162—Submitted January 6, 1993—Decided February 24, 1993.)

*Gary J. Leppla,* for relator.
*Gwendolyn Bowers* and *Charles Smiley,* for respondent.

---

*Per Curiam.* We agree with the board's findings and recommendation. Accordingly, we order that respondent be suspended from the practice of law in Ohio for two years, with the final year being suspended upon the conditions set forth in the board's report. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.